**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 363 MAL 2020

:

Respondent   :

:   Petition for Allowance of Appeal

:   from the Order of the Superior Court

v.   :

:

:

JOHN G. BERG,   :

:

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.